**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00350-MSK-MJW

NEW VISION HOTELS TWO, LLC,

     Plaintiff,

v.

MEDICAL MARIJUANA OF THE ROCKIES, LLC,
GERALD JAY OLSON,
DAVID KATZ,
JOHN DOE 1,
BANK OF THE WEST,
MERCHANTS BONDING CO.,
ACCOUNTING SPECIALISTS, INC., and
MICHAEL MASSA,

     Defendants.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and
pursuant to Fed. R. Civ. P. 68, the following  Judgment is hereby entered.

Pursuant to the Acceptance of Merchant's Rule 68 Offer entered on July 8, 2015
it is

ORDERED that Plaintiff New Vision Hotels Two, LLC recover from the Defendant
Merchants Bonding Co. the amount of fifty thousand dollars ($50,000), said amount
being inclusive of all attorney's fees, costs, pre-judgment interest, statutory penalties,
economic damages, non-economic damages, punitive damages, and any

other damages incurred or claimed by Plaintiffs to date.


Dated at Denver, Colorado this 9th day of July, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   D. Kalsow

Deputy Clerk