**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00350-MSK-MJW

NEW VISION HOTELS TWO, LLC,

    Plaintiff,

v.

MEDICAL MARIJUANA OF THE ROCKIES, LLC,
GERALD JAY OLSON,
DAVID KATZ,
JOHN DOE 1,
ACCOUNTING SPECIALISTS, INC., and
MICHAEL MASSA,

    Defendants.

---

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 68, the following Judgment is hereby entered.

Pursuant to the offer of judgment served on 7/28/15 and the acceptance thereof filed 7/29/15, with proof of service, it is

ORDERED that judgment is hereby entered for New Vision Hotels Two, LLC and against Defendants Accounting Specialists, Inc. and Michael Massa in the amount of $20,000, said amount being inclusive of all attorney's fees, costs, pre-judgment interest, statutory penalties, economic damages, non-economic damages, punitive damages, and any otherdamages incurred or claimed by Plaintiff to date.  It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.37% from the date of entry of judgment.

Dated at Denver, Colorado this 9th day of September, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  D. Kalsow

Deputy Clerk