**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| NEW VISION HOTELS TWO, LLC, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 15-cv-00350-MSK-MJW |
| | ) | |
| MEDICAL MARIJUANA OF THE ROCKIES, LLC, *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |

**ADDITIONAL LIST OF UNDISPUTED FACTS**

Pursuant to paragraph 4 of this Court's Scheduling Order of June 10, 2015 [#74], the parties submit this list of additional undisputed facts. The parties agree and stipulate to the following facts for purposes of this action only. Although the parties agree that these facts are undisputed, they do not necessarily agree that all of the facts identified below are relevant to the issues in this case.

**Stipulations relating to Plaintiff New Vision Hotels Two, LLC**

1. Plaintiff New Vision Hotels Two, LLC ("New Vision Hotels") hosted at least two different marijuana clinics in its conference rooms on multiple occasions and as recently as March 2014.

2. New Vision Hotels knew at the time that it contracted with the marijuana clinics that the purpose of the marijuana clinics' meetings was for people to receive recommendations from physicians to use marijuana.

3. The marijuana clinics posted signs outside the hotel advertising their services in the hotel.

4. New Vision Hotels received payment from the marijuana clinics to conduct operations at the hotel.

Date: October 6, 2015

                                                Respectfully submitted,

| | |
|---|---|
| s/ David H. Thompson | s/ Colin Ray |
| David H. Thompson | Colin Ray |
| *Counsel of Record for Plaintiffs* | Adam Wolf |
| | Daniel J. Carr |
| COOPER & KIRK, PLLC | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 1523 New Hampshire Avenue, N.W. | A Professional Law Corporation |
| Washington, D.C. 20036 | 4 Embarcadero Center, Suite 1400 |
| (202) 220-9600 | San Francisco, CA 94111 |
| dthompson@cooperkirk.com | (415) 766-3545 |
| | awolf@prwlegal.com |
| | dcarr@prwlegal.com |
| Of Counsel: | |
| Charles J. Cooper | *Counsel for Defendants Medical Marijuana* |
| Michael W. Kirk | *of the Rockies and Gerard Jay Olson* |
| Howard C. Nielson, Jr. | |

Peter A. Patterson
Brian W. Barnes
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

s/ Colin Ray
Colin Ray
