**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| NEW VISION HOTELS TWO, LLC, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | No. 15-cv-00350-MSK-MJW |
| MEDICAL MARIJUANA OF THE ROCKIES, LLC, *et al.*, | ) ) ) ) | |
| *Defendants.* | ) ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff dismisses its claims against all remaining Defendants in this action.

Date: Nov. 19, 2015                    Respectfully submitted,

*Of Counsel*:                                  s/ David H. Thompson
Charles J. Cooper                         David H. Thompson
Michael W. Kirk                            *Counsel of Record*
Howard C. Nielson, Jr.                 COOPER & KIRK, PLLC
Peter A. Patterson                       1523 New Hampshire Avenue, N.W.
Brian W. Barnes                           Washington, D.C. 20036
COOPER & KIRK, PLLC              (202) 220-9600
1523 New Hampshire Avenue, N.W.    (202) 220-9601 (fax)
Washington, D.C. 20036              dthompson@cooperkirk.com
(202) 220-9600
(202) 220-9601 (fax)

*Counsel for Plaintiff New Vision Hotels Two, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys for all parties in this case.

s/ Brian W. Barnes
Brian W. Barnes
